USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD HARBUS,

    Plaintiff,

v.

HEAVY INC.,

    Defendant.

19-CV-2561 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 21, 2019, Plaintiff commenced this action. Dkt. 1. Defendant filed its answer on July 19, 2019. Dkt. 13. Since the filing of the answer, however, there has been no activity on the docket. On February 20, 2020, the case was reassigned to this Court.

No later than February 25, 2020, the parties shall file a joint letter updating the Court on the status of this action

SO ORDERED.

Dated:   February 24, 2020
        New York, New York

Ronnie Abrams
United States District Judge